April 30, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE MATTER OF R.A.

NO. 14-11-00570-CV

_____

This cause, an appeal from the judgment signed, June 22, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**. We order R.A. to pay all costs incurred in this appeal. We further order this decision certified below for observance.